# EXHIBIT E

# EXHIBIT E



Case 2:13-cv-02144-GMN-GWF   Document 2-4   Filed 11/19/13   Page 2 of 9

CLEANING | UTILITY AND RECYCLING REFUSE | DECORATIVE REFUSE
MATERIAL HANDLING | SAFETY | FOODSERVICE | WASHROOM



# PRODUCTIVE SOLUTIONS FOR ANY CLEANING NEED

From healthcare facilities, office buildings, and restaurants to schools, only Rubbermaid Commercial Products delivers the broadest line of cleaning systems to ensure every environment is healthy and safe. For optimal productivity and innovative solutions, contact your Rubbermaid representative today or visit us online.



**HYGEN**™

## Work Smarter.

     A *Newell Rubbermaid* Brand   **1-800-347-9800**   |   www.rubbermaidcommercial.com

©2013 by Rubbermaid Commercial Products LLC   3124 Valley Avenue, Winchester, VA 22601

Case 2:13-cv-02144-GMN-GWF   Document 2-4   Filed 11/19/13   Page 4 of 9

# Washroom
Air Care Selection Guide ....................................................................7
Air Care Aerosol ................................................................................7
Air Care Nonaerosol ........................................................................14
Counter Mount Touch-Free and Manual Skin Care ..............................18
Wall-Mount Touch-Free Skin Care ......................................................20
Wall-Mount Manual Skin Care ..........................................................22
Industrial Wall-Mount Skin Care .......................................................26
Fixtures and Hardware......................................................................27
Water Conservation ..........................................................................32
Surface Care ....................................................................................33
Washroom Accessories .....................................................................37

# Cleaning
Rubbermaid HYGEN™ Microfiber Cleaning .........................................45
Standard Microfiber Cleaning ..........................................................56
Dusting Tools...................................................................................58
WaveBrake® Mopping Systems .........................................................60
Wet Mops........................................................................................64
Wet Mop Handles and Accessories ....................................................75
Mopping Accessories.........................................................................77
Dust Mops.......................................................................................78
Carpet Bonnets................................................................................85
Brooms and Brushes.........................................................................86
Scrub Brushes and Squeegees ..........................................................92
Dust Pans .......................................................................................94
Cleaning Carts .................................................................................95
Vacuums........................................................................................110
Sweepers.......................................................................................118
Tools and Accessories .....................................................................120

# Utility and Recycling Refuse
BRUTE® Utility and Recycling .........................................................127
Indoor Utility and Step-Ons ............................................................134
Indoor Utility and Confidential Waste .............................................147
Additional Recycling Options ..........................................................148
Rigid Liners....................................................................................150
Can Liners......................................................................................151

# Decorative Refuse
Indoor Containers...........................................................................154
Outdoor Containers ........................................................................178
Smoking Management....................................................................197
Planters ........................................................................................203
LIners ...........................................................................................204

# Material Handling
Platform Trucks ..............................................................................208
Workstations .................................................................................219
Utility and Service Carts..................................................................222
Shelving and Audio-Visual Carts .....................................................228
Bulk Trucks ...................................................................................231
Storage..........................................................................................236
Farm and Garden............................................................................237

# Safety
Barriers and Safety Signs ...............................................................242
Safety Cones..................................................................................244
Safety Signs and Over-The-Spill® System.........................................246

# Foodservice
Food Storage .................................................................................250
Food Preparation ...........................................................................260
Monitoring Solutions .....................................................................263
Food Transport...............................................................................272
Beverage and Table Service ............................................................280
Youth Service.................................................................................282

# Common Conversions ..............284
# Color Guide .........................................285
# Accessories ........................................286
# Custom Options .............................288
# Index
Products .......................................................................................292
Components .................................................................................314



A *Newell Rubbermaid* Brand

**CUSTOMER SERVICE**
**800-347-9800**

**VACUUM CUSTOMER SERVICE**
**866-524-5233**

# Work Smarter.

Printed on Recycled Paper 

WWW.RUBBERMAIDCOMMERCIAL.COM

## Classic Housekeeping Carts

**A complete system solution for housekeeping in the hospitality industry.**

- Commercial-grade molded construction
- Easy-to-clean surfaces and molded-in color
- Nonmarking wheels
- Standard equipment includes vinyl bag, bumpers, vacuum holder, and under-deck shelf
- Available with or without doors or hood
- Full-size cabinet offers exceptional storage space and adjustable middle shelf
- Fully-rounded, user-friendly handles are easy to grip and assist maneuverability
- Optional accessories enhance functionality and productivity




FG618900

**EASY TO MAINTAIN**
using genuine Rubbermaid Commercial parts. See *Component Parts*.


FG619100

■ **DOORS SUPPLY DISCREET AND SECURE AREA FOR CLEANING SUPPLIES**

■ **MESH FABRIC LINEN BAG**
Allows quick and easy access to linens.


FG9T1900


FG619200

■ **PROTECTIVE HOOD**
Helps hide soaps and cleaning supplies from guests.

■ **MULTIPLE FABRIC BAG OPTIONS**
Rubbermaid offers a variety of fabric bags that allows the user to order the bags that will best fit their needs.

| | No. | Color | Description | U.S. Dimensions | U.S. Ship Wt/Ctn | Metric Dimensions | Metric Ship Wt/Ctn | Pack |
|---|---|---|---|---|---|---|---|---|
| New! ES | FG618900 | PLAT, BLA | Executive Series™ Full-Size Housekeeping Cart | 60" l x 22" w x 50" h | 102.1 lb | 152.4 cm x 55.9 cm x 127 cm | 46.3 kg | 1 |
| New! ES | FG619000 | BLA | Executive Series™ Compact Housekeeping Cart | 49" l x 22" w x 50" h | 95.6 lb | 124.5 cm x 55.9 cm x 127 cm | 43.4 kg | 1 |
| New! ES | FG619100 | BLA | Executive Series™ Full-Size Housekeeping Cart with Doors | 60" l x 22" w x 50" h | 108.8 lb | 152.4 cm x 55.9 cm x 127 cm | 49.4 kg | 1 |
| New! ES | FG619200 | BLA | Executive Series™ Compact Housekeeping Cart with Doors | 49" l x 22" w x 50" h | 102.3 lb | 124.5 cm x 55.9 cm x 127 cm | 46.4 kg | 1 |
| New! ES | FG9T1900 | BLA | Executive Series™ Full-Size Housekeeping Cart with Doors | 60" l x 22" w x 67.5" h | 126.3 lb | 152.4 cm x 55.9 cm x 171.5 cm | 57.3 kg | 1 |

**WHEN ORDERING PRODUCTS WITH BOLD COLOR CODES, PLEASE SPECIFY COLOR CODE AFTER THE PRODUCT NUMBER. REFER TO THE PRODUCT COLOR GUIDE AT THE BACK OF THE CATALOG.**

 Check out the items marked with this symbol for our new line of Executive Series™ products.

 **REAL WORLD RUGGED — TESTED TOUGH**

Rubbermaid's exclusive Duramold™ technology exceeds the highest performance standards in the industry. We test and retest our products to meet rigorous durability standards, and our new material handling products are no exception. Real-world rugged durability, innovative technology, and best-in-class features combine to create longer-lasting products that carry heavy loads—and make your work easier.

**DURAMOLD™**
precision engineered resin and steel composite decks
**HOLD & TRANSPORT UP TO**
# 2500 lbs.
of weight load capacity


40 buckets of sheetrock compound weigh over 2,400 lbs—that's a load!


Duramold™ decks are formed from a precision-engineered resin and metal composite structure that is lighter than typical steel/wood products without sacrificing strength, which enables weight reduction and improved ergonomics.

### WILL NOT WARP, DENT, SPLINTER, RUST, OR ROT

Tough, resilient surface absorbs impact and provides quiet operation. Virtually maintenance-free; resistant to most chemicals, impervious to water damage, and easily cleaned.


Metal—dents and rusts


Wood—splinters and rot

### PUT YOUR EFFORT INTO MOVING YOUR PAYLOAD, NOT YOUR TRUCK

### DURAMOLD™ HAS THE HIGHEST STRENGTH-TO-WEIGHT RATIO
when compared to metal, wood, and solid plastic decks.

# 35%
**lighter weight construction to transport the same payload**

### MOVE LOADS SAFELY AND EFFICIENTLY

The variable grip-height handle on our carts and trucks improves maneuverability and reduces muscle strain for most every user, regardless of height.


**TRADITIONAL CART HANDLE DESIGN**


Angled handle helps keep wrist and bones in forearm aligned for optimum leverage while turning.
Transverse Carpal Ligament
Ulnar Bone
Radial Bone
**IMPROVED VARIABLE GRIP-HEIGHT HANDLE**


Duramold™ resin and metal composite structure is recyclable.

## TradeMaster® Mobile Cabinets and Work Centers
**Easily transport tools and supplies where you need them.**

- Features locking cabinet doors and 4" deep drawers for versatile tool and supply storage and organization
- Drawers feature commercial-quality, ball-bearing slides
- Metal-reinforced structural foam shelves engineered for durability
- Arrives 90% assembled




**CART ACCESSORIES** See "Cart Accessories"



**See it in ACTION**
www.rubbermaidtrademaster.com





- Molded-in perimeter channel on top shelf
- Molded-in storage compartments and cup holder
- Easy-Grip handle reduces wrist and back strain
- Central locking system for security
- Two nonmarking 5" casters and two swivel casters with full-locking mechanism
- 3-outlet, surge-protected power with 10-ft. (3.1-m) cord and wrap (UL/CSA listed)
- Open-front top shelf allows easy access to work surface
- Cabinet doors swing 270° for easy access
- 3-position adjustable center shelf for customizing storage cabinet
- Deep metal drawer box supports 40 lbs

FG453388


FG451288


FG451388


FG453588

| No. | Color | Description | U.S. Dimensions | U.S. Capacity | U.S. Ship Wt/Ctn | Metric Dimensions | Metric Capacity | Metric Ship Wt/Ctn | Pack |
|---|---|---|---|---|---|---|---|---|---|
| FG451288 | BLA | TradeMaster® Cart with 2-Door Cabinet, Small | 41.63" l x 18.25" w x 38.38" h | 500 lb | 57.1 lb | 105.7 cm x 46.4 cm x 97.5 cm | 226.8 kg | 25.9 kg | 1 |
| FG451388 | BLA | TradeMaster® Cart with 4 Drawers | 40.63" l x 18.38" w x 33.38" h | 500 lb | 86.9 lb | 103.2 cm x 46.7 cm x 84.8 cm | 226.8 kg | 39.4 kg | 1 |
| FG453288 | BLA | TradeMaster® Cart with 2-Door Cabinet, Large | 49" l x 26.25" w x 38.25" h | 750 lb | 83.8 lb | 124.5 cm x 66.7 cm x 97.2 cm | 340.2 kg | 38 kg | 1 |
| FG453388 | BLA | TradeMaster® Cart with 4 Drawers and Cabinet, Small | 49" l x 26.25" w x 38" h | 750 lb | 123.0 lb | 124.5 cm x 66.7 cm x 96.5 cm | 340.2 kg | 55.8 kg | 1 |
| FG453588 | BLA | TradeMaster® Professional Contractors' Cart | 52.5" l x 38.63" w x 37.88" h | 500 lb | 84.7 lb | 133.4 cm x 98.1 cm x 96.2 cm | 226.8 kg | 38.4 kg | 1 |
| FG454888 | BLA | TradeMaster® Cart with 4 Drawers and Cabinet, Large | 58.63" l x 26.38" w x 33.25" h | 750 lb | 126.5 lb | 148.9 cm x 67 cm x 84.5 cm | 340.2 kg | 57.4 kg | 1 |

www.rubbermaidcommercial.com


Rubbermaid Commercial Products®

Case 2:13-cv-02144-GMN-CWH   Document 2-4   Filed 11/19/13   Page 8 of 9

## Heavy-Duty Utility Carts

**Transport materials, supplies, and heavy loads securely in almost any environment.**



- Available in pocket-shelf or flat-shelf models
- Variable grip-height handle improves control and worker safety
- Executive Series™ version features Quiet Casters

**Pocket-shelf models feature:**
- Integrated V-notch to hold pipe and conduit securely for safe cutting
- Deep pocket shelves to keep loads secure

**Flat-shelf models feature:**
- Large, flat top shelf for oversize loads and smarter work surface
- Lower pocket shelf to keep loads secure



**STAY ORGANIZED**
Easy-reach tool/accessory hooks provide additional storage.



**WORK MORE EFFICIENTLY**
Built-in tool holster and caddy keep items at hand and in place during transport.



**CUSTOMIZABLE**
Molded-in fittings allow you to add pipe or rods to hold wire spools and other roll-type goods.



■ **BUILT-IN PRODUCTIVITY**
V-notch holds pipe securely for safe cutting.

■ **MANEUVER SAFELY**
Variable grip-height handle improves control and worker safety.

■ **LARGE WORK SURFACE**
Flat top shelf for oversized loads and smarter work surface.

■ **WORK MORE EFFICIENTLY**
Built-in tool holster and caddy keep items at hand and in place during transport.

■ **CUSTOMIZABLE**
Molded-in fittings allow you to add pipe or rods to hold supplies and roll goods.

FG452088

■ **KEEP LOADS SECURE**
Deep pocket shelves keep contents in place.

FG450500

**CASTER OPTIONS ARE AVAILABLE ON MEDIUM AND LARGE CARTS**



Pneumatic casters provide a cushioned and quiet ride for fragile loads, making them ideal for rough and uneven surfaces, inside and out. Excellent on virtually all surfaces from smooth concrete to gravel.



TPR casters absorb shock and provide floor surface protection and quiet operation. Excellent on linoleum, tile, terrazzo, wood, smooth concrete, and carpet.



**CART SIZES:**

17⅛" X 38½"
25¼" X 44"
25¼" X 54"

**CAPACITY RANGE (lbs)**
**500–750**

---

**WHEN ORDERING PRODUCTS WITH BOLD COLOR CODES,**
**PLEASE SPECIFY COLOR CODE AFTER THE PRODUCT NUMBER.**
**REFER TO THE PRODUCT COLOR GUIDE AT THE BACK OF THE CATALOG.**



**Check out the items marked with this symbol for our new line of Executive Series™ products.**

Case 2:13-cv-02144-GMN-GWF   Document 2-4   Filed 11/19/13   Page 9 of 9

## CASTERS TO MEET YOUR NEEDS

Rubbermaid's best-in-class heavy-duty casters have been specially chosen for each of our products to meet your most demanding environments.



**POLYOLEFIN**
Hard-tread polyolefin casters roll easier than soft tread casters. Nonmarking, impact- and chemical-resistant casters won't flat-spot under static loads or pick up metal shavings, nails, and other debris.



**PNEUMATIC**
Pneumatic casters provide a cushioned and quiet ride for fragile loads, making them ideal for rough and uneven surfaces, inside and out.



**THERMOPLASTIC RUBBER (TPR)**
TPR casters absorb shock and provide floor surface protection and quiet operation. Chemical- and water-resistant.


Polyolefin


Pneumatic

## CASTER PERFORMANCE GUIDE

| | CASTER TREAD MATERIAL | MOLD-ON RUBBER (TPR) | POLYOLEFIN | PNEUMATIC |
|---|---|---|---|---|
| **FLOOR SURFACE** | ASPHALT | Excellent | Fair | Excellent |
| | BRICK | Excellent | Fair | Excellent |
| | CARPET | Excellent | Good | Excellent |
| | CONCRETE | Excellent | Good | Excellent |
| | LINOLEUM / COMPOSITION TILE | Excellent | Fair | Excellent |
| | STEEL – RIBBED | Good | Fair | Excellent |
| | STEEL – SMOOTH | Good | Good | Excellent |
| | TERRAZZO | Excellent | Fair | Excellent |
| | WOOD | Excellent | Good | Excellent |
| **OPERATING CONDITIONS** | MILD CHEMICALS | Fair | Good | Good |
| | HARSH CHEMICALS | Fair | Fair | Good |
| | METAL SCRAPS – SMALL | Excellent | Good | Good |
| | METAL SCRAPS – LARGE | Excellent | Fair | Good |
| | ANIMAL FATS | Good | Good | Good |
| | OIL AND GREASE | Fair | Good | Fair |
| | WATER AND STEAM | Good | Excellent | Good |
| **OTHER FACTORS** | FLOOR PROTECTION | Excellent | Good | Excellent |
| | QUIET OPERATION | Excellent | Fair | Excellent |
| | CUSHION LOAD | Excellent | N/A | Excellent |
| | IMPACT RESISTANCE | Excellent | Good | Excellent |
| | ROLLING EASE | Fair | Excellent | Fair |
| | ABRASION RESISTANCE (NONCHIPPING) | Fair | Good | Fair |
| | NON-FLAT-SPOTTING (UNDER STATIC LOAD) | Fair | Excellent | N/A |

