# EXHIBIT H

# EXHIBIT H

Case 2:13-cv-02144-GMN-GWF Document 2-7 Filed 11/19/13 Page 2 of 10



# TRUST PRODUCT CATALOG

## 2013

**400-001-6155**
www.trustcommercial.com





WASTE   CLEANING   MATERIAL HANDLING   FOODSERVICE

# Trust®

## Cleaning Carts

### Grandmaid™ Housekeeping Carts

Product Features
1. A complete system solution for housekeeping in hotels.
2. Durable molded construction with smooth surfaces easy to clean.
3. 20 cm wheels make easier movement.
4. User friendly handles are easy to grip and help to maneuver the cart.
5. Bumpers available at four corners to protect the walls and equipment.
6. Full size cabinet offers exceptional storage space and adjustable middle shelf.





Build-in hook for hanging of various tools and bags.

- User friendly handles are easy and comfortable to grip and help maneuver.
- The middle shelf has three positions to place for more options of storage.
- Vacuum holder.
- 20 cm wheels make easier movement.

Bumper.

5021

6974/5022

5023

| Model | Description | Dimensions | Color | Pack |
|---|---|---|---|---|
| 5021 | Grandmaid™ Housekeeping Cart | 152.4 x 55.9 x 127.0 cm | BLA,PLAT | 1 |
| 5022 | Grandmaid™ Housekeeping Cart with Doors | 152.4 x 55.9 x 127.0 cm | BLA | 1 |
| 5023 | Grandmaid™ Cart with Doors, Protective Security Hood | 152.4 x 55.9 x 171.0 cm | BLA | 1 |

## Accessories


5024


5025


5028


6972


6973


6974


6975


6976


6977


6979

### Accessories

| Model | Description | Dimensions | Color | Pack |
|---|---|---|---|---|
| 5024 | Adjustable Shelf Kit for 5021/5022/5023 | 76.5 x 47.0 x 5.7 cm | BLA,PLAT | 1 |
| 5025 | Under Deck Shelf Kit for 5021/5022/5023 | 60.0 x 53.3 x 17.7 cm | BLA,PLAT | 1 |
| 5026 | Locking Door Kit for 5021/5022/5023 | 86.4 x 44.8 x 4.5 cm | BLA,BRN | 1 |
| 5027 | Protective Secutity Hood for 5021/5022/5023 | 80.6 x 51.5 x 44.5 cm | BLA,PLAT | 1 |
| 5028 | Cover, Work in Couple with 6968/6974/6977 | 47.1 x 29.1 x 2.1 cm | BLA,PLAT | 2 |
| 4851 | Utility Sliding Drawer | 65.7 x 43.0 x 8.2 cm | BLA,BRN | 1 |
| 6972 | Vinyl Bag for 5021/5022/5023 | 83.8 x 26.7 x 42.7 cm | BRN | 6 |
| 6973 | Canvas Linen Accessory Bag for 5021/5022/5023 | 83.8 x 26.7 x 42.7 cm | BRN | 6 |
| 6974 | Fabric Mesh Linen Bag for 5021/5022/5023 | 83.8 x 26.7 x 42.9 cm | BLA | 6 |
| 6975 | Fabric 9-pocket Organizer | 71.1 x 50.2 x 3.8 cm | BRN | 6 |
| 6976 | Short Polyliner, for 5021/5022/5023 | 55.0 x 26.7 x 42.0 cm | BRN | 6 |
| 6977 | Cloth/Straw Bag, for 5021/5022/5023 | 83.8 x 26.7 x 42.9 cm | BRN | 6 |
| 6979 | Large-capacity Eight-compartment Bag, for 5021/5022/5023 | 98.5 x 78.0 cm | BRN | 6 |

## Grandmaid™ Fine Housekeeping Carts

Product Features
1. A complete system solution for housekeeping in hotels.
2. Durable molded construction with smooth surfaces easy to clean.
3. 20 cm wheels make easier movement.
4. User friendly handles are easy to grip and help to maneuver the cart.
5. Bumpers available at four corners to protect the walls and equipment.
6. Full size cabinet offers exceptional storage space and adjustable middle shelf.
7. Compatible with narrow passages.



Innovative interface fastens buckets (1211/1213) and therefore increases space.

## Accessories



5034



5035



5037



6970



5036



6976



Innovative hook makes hanging tissue paper and cleaning cloths easy.

5031

| Model | Description | Dimensions | Color | Pack |
|---|---|---|---|---|
| 5031 | Grandmaid™ Fine Housekeeping Cart | 124.0 x 55.9 x 123.0 cm | BLA,PLAT | 1 |

Accessories

| Model | Description | Dimensions | Color | Pack |
|---|---|---|---|---|
| 5024 | Adjustable Shelf Kit for 5031 | 76.5 x 47.0 x 5.7 cm | BLA,PLAT | 1 |
| 5027 | Protective Secutity Hood for 5031 | 80.6 x 51.5 x 44.5 cm | BLA,PLAT | 1 |
| 5028 | Cover, Work in Couple with 6968/6974/6977 | 47.1 x 29.1 x 2.1 cm | BLA,PLAT | 2 |
| 5034 | Under Deck Shelf Kit for 5031 | 60.0 x 53.3 x 17.7 cm | BLA,PLAT | 1 |
| 5035 | Locking Door Kit for 5031 | 82.4 x 44.8 x 4.5 cm | BLA,BRN | 1 |
| 5036 | Cleaning Tool Stack | 30.6 x 10.9 x 9.0 cm | BLA | 2 |
| 5037 | Hook Kit (Set of 4, RED,YEL,BLUE,GRN) | 6.9 x 4.7 x 5.0 cm | BLA | 1 |
| 5038 | Tops Work with 1211/1213 | 53.3 x 32.6 x 2.8 cm | BLA | 2 |
| 4851 | Utility Sliding Drawer | 65.7 x 43.0 x 8.2 cm | BLA,BRN | 1 |
| 1211 | Svelte™ Container 60 l | 50.7 x 27.2 x 63.2 cm | BRN | 4 |
| 1213 | Svelte™ Container 87 l | 50.7 x 27.2 x 75.6 cm | BRN | 4 |
| 1645 | Svelte™ Connect Valve Style Lid | 54.8 x 32.5 x 40.0 cm | BLA | 4 |
| 6968 | Fabric Mesh Linen Bag for 5031 | 79.0 x 26.7 x 42.7 cm | BRN | 6 |
| 6969 | Canvas Linen Accessory Bag for 55031 | 79.0 x 26.7 x 42.7 cm | BRN | 6 |
| 6970 | Vinyl Bag for 5031 | 79.0 x 26.7 x 42.7 cm | BRN | 6 |
| 6975 | Fabric 9-pocket Organizer | 71.1 x 50.2 x 3.8 cm | BRN | 6 |
| 6976 | Short Polyliner, for 5031 | 53.0 x 26.7 x 42.0 cm | BRN | 6 |

## X Type Linen Carts

Product Features
1. Fit for collecting all kinds of linens.
2. Durable, lightweight and ease control.
3. High quality vinyl bag with side straps which allow for easy access.
4. Fold to save space and it makes storage and transport easier.



5041

| Model | Description | Dimensions | Capacity | Color | Pack |
|---|---|---|---|---|---|
| 5041 | X Type Linen Cart | 70.5 x 63.5 x 87.6 cm | 170 l | GRAY | 1 |
| 5042 | X Type Linen Cart | 94.0 x 63.5 x 106.2 cm | 340 l | GRAY | 1 |
| 5043 | Cloth/Straw Bag, for 5041 | 65.5 x 58.5 x 67.5 cm | 170 l | BLA | 2 |
| 5044 | Cloth/Straw Bag, for 5042 | 84.0 x 58.5 x 86.0 cm | 340 l | BLA | 2 |



## Innovative Designs

TRUST platform trucks and utility carts provide you with transport facility meeting your demands in any environment.



## Resist Distortion, Denting, Breaking, Rusting and Decaying

Tough, resilient surface absorbs impact and provides quiet operation. Virtually maintenance-free; resistant to most chemicals, impervious to water damage, and is easily cleaned.



Metal: Dents and rests.



Wood: Splinters and rot.

## Transport Materials Effectively and Safely

The handle on the cart is adjustable to fit your height and reduce muscle strain.



Polyolefin



Pneumatic



Thermoplastic Rubber

## Casters Meeting Your Demands

Select optimized casters for each product through repeated tests to provide you with most effective and durable material transport solution.



# Mobile Work Centers

## Bitbar® Mobile Work Centers

Product Features
1. Innovative design for easily transporting any items.
2. Sturdy structural foam construction won't rust, dent, chip, or peel.
3. Molded-in storage compartments and cup holder are available for storage of small items and tools.
4. User friendly handles provide comfortable and easy maneuverability.
5. 12.5 cm non-marking casters (two fixed and two swivel with full braking mechanism) ensure easy maneuverability.
6. Full extension metal drawers with ball bearing slides are available.



4033

4031



Sturdy structural foam construction won't rust, dent, chip, or peel.

User friendly handles provide comfortable and easy maneuverability and help to reduce wrist and back strain.

Molded-in storage compartments and cup holder are available for storage of small items and tools.

Rounded corners protect walls and furniture.

Two non-making 12.5 cm casters and two swivel casters with full-locking mechanism.

Sturdy aprons up to 67 mm height prevent items against rolling out.

The top has open-side to enable convenient use.

The grooves on the top prevent small items against rolling out.

Lockable storage compartment helps keep contents secure.

Doors open up to 270 degrees provide easy access to contents.

Three mid-shelves of different height are optional for items of various sizes.

4032



The top has open-side to enable convenient use.



The grooves on the top prevent small items against rolling out.



Lockable storage compartment helps keep contents secure.



Sturdy aprons up to 67 mm height prevent items against rolling out.



Doors open up to 270 degrees provide easy access to contents.

| Model | Description | Dimensions | Load | Color | Pack |
|---|---|---|---|---|---|
| 4031 | Mobile Work Center with 4-drawer and Cabinet | 124.5 x 67.0 x 97.2 cm | 340 kg | BLA | 1 |
| 4032 | Mobile Work Center with 2-door Cabiner | 124.5 x 67.0 x 97.2 cm | 340 kg | BLA | 1 |
| 4033 | Mobile Work Center with 8-drawer | 124.5 x 67.0 x 97.2 cm | 340 kg | BLA | 1 |

## Bitbar® Utility Carts

Product Features

1. Innovative design for easily transporting any items.
2. Sturdy structural foam construction won't rust, dent, chip, or peel.
3. Molded-in storage compartments and cup holder are available for storage of small items and tools.
4. User friendly handles provide comfortable and easy maneuverability.
5. Integrated molded grooves for inserting steel tube or reel to organize metal coils or other scroll-like items.

V-notch for securely attachment of tubular items.
User friendly handles provide comfortable and easy maneuverability and help to reduce wrist and back strain.
Sturdy structural foam construction won't rust, dent, chip, or peel.

4042 4043 4044

| Model | Description | Dimensions | Load | Color | Caster Type | Pack |
|---|---|---|---|---|---|---|
| 4041 | Bitbar® 2-shelf Utility Cart | 115.0 x 64.1 x 98.7 cm | 230 kg | BLA,BEIG | 12.5 cm TPR | 1 |
| 4042 | Bitbar® Utility Cart with Drawer | 115.0 x 64.1 x 98.7 cm | 230 kg | BLA,BEIG | 12.5 cm TPR | 1 |
| 4043 | Bitbar® 3-shelf Utility Cart | 115.0 x 64.1 x 98.7 cm | 230 kg | BLA,BEIG | 12.5 cm TPR | 1 |
| 4044 | Bitbar® 2-shelf Utility Cart | 97.8 x 43.5 x 98.7 cm | 230 kg | BLA,BEIG | 12.5 cm TPR | 1 |
| 4046 | Bitbar® 3-shelf Utility Cart | 97.8 x 43.5 x 98.7 cm | 230 kg | BLA,BEIG | 12.5 cm TPR | 1 |

## Bitbar® Flat-shelf Carts

Product Features

1. Innovative design for easily transporting any items.
2. Sturdy structural foam construction won't rust, dent, chip, or peel.
3. Molded-in storage compartments and cup holder are available for storage of small items and tools.
4. User friendly handles provide comfortable and easy maneuverability.
5. Integrated molded grooves for inserting steel tube or reel to organize metal coils or other scroll-like items.

User friendly handles provide comfortable and easy maneuverability and help to reduce wrist and back strain.
Flat top is designed for oversized item and also an intelligent workstation.
Sturdy structural foam construction won't rust, dent, chip, or peel.

4045

| Model | Description | Dimensions | Load | Color | Caster Type | Pack |
|---|---|---|---|---|---|---|
| 4045 | Bitbar® 2-shelf Utility Cart Flat Shelf | 97.8 x 43.5 x 96.8 cm | 230 kg | BLA,BEIG | 12.5 cm TPR | 1 |
| 4047 | Bitbar® 3-shelf Utility Cart Flat Shelf | 97.8 x 43.5 x 96.8 cm | 230 kg | BLA,BEIG | 12.5 cm TPR | 1 |

# Select Casters Meeting Your Demands

Every TRUST carts and trucks use top heavy-duty casters to meet every demands.



### PP Casters
PP casters are easier to move than soft casters. They are non-marking, resistant to impact and chemical corrosion, and will neither slide off the course, nor get metal debris/ nails attached under load. Excellent on surfaces of concrete, wood, carpet and steel.



### Pneumatic Casters
Ideal for fragile goods. Let the trucks run quietly on uneven, rough surfaces, just as they are moving on a soft cushion. Excellent on nearly all surfaces, including smooth concrete surfaces and rough gravels.



### TPR Casters
TPR casters help reduce shock, protect the floor and run quietly. Excellent on tiles, Terrazzo, wood, smooth concrete, and carpets.





## Casters Performance Guides

| | What the Casters Contact | TPR Casters | PP Casters | Pneumatic Casters |
|---|---|---|---|---|
| Ground | Asphalt | Excellent | Average | Excellent |
| | Bricks | Excellent | Average | Excellent |
| | Carpet | Excellent | Good | Excellent |
| | Concrete | Excellent | Good | Excellent |
| | Asphalt Felt Ground tile | Excellent | Average | Excellent |
| | Steel Surface—textured | Good | Average | Excellent |
| | Steel Surface—polished | Good | Good | Excellent |
| | Terrazzo | Excellent | Average | Excellent |
| | Wooden Floor | Excellent | Good | Excellent |
| Transportation Conditions | Moderate Chemicals | Average | Good | Good |
| | Serious Chemicals | Average | Average | Good |
| | Metal Debris—s | Excellent | Good | Good |
| | Metal Debris—l | Excellent | Average | Good |
| | Animal Fat | Good | Good | Good |
| | Grease | Average | Good | Average |
| | Water and Vapor | Good | Excellent | Good |
| Other Factors | Ground Protection | Excellent | Good | Excellent |
| | Quiet Transportation | Excellent | Average | Excellent |
| | Load Buffer | Excellent | N/A | Excellent |
| | Resistance to Pressure | Excellent | Good | Excellent |
| | Rolling Sensibility | Average | Excellent | Average |
| | Resistance to Wear (Not Damaged) | Average | Good | Average |
| | No Extreme Wear (Under Static Load) | Average | Excellent | N/A |



## Bitbar® Utility Carts

Product Features
1. Innovative design for easily transporting any items.
2. Sturdy structural foam construction won't rust, dent, chip, or peel.
3. Molded-in storage compartments and cup holder are available for storage of small items and tools.
4. User friendly handles provide comfortable and easy maneuverability.
5. Integrated molded grooves for inserting steel tube or reel to organize metal coils or other scroll-like items.





- V-notch for securely attachment of tubular items.
- Sturdy structural foam construction won't rust, dent, chip, or peel.
- User friendly handles provide comfortable and easy maneuverability and help to reduce wrist and back strain.

4041

4044

| Model | Description | Dimensions | Load | Color | Caster Type | Pack |
|---|---|---|---|---|---|---|
| 4041 | Bitbar® 2-shelf Utility Cart | 115.0 x 64.1 x 98.7 cm | 227 kg | BLA,BEIG | 12.5 cm TPR | 1 |
| 4044 | Bitbar® 2-shelf Utility Cart | 97.8 x 43.5 x 98.7 cm | 227 kg | BLA,BEIG | 12.5 cm TPR | 1 |

## Bitbar® Flat-shelf Carts

Product Features
1. Innovative design for easily transporting any items.
2. Sturdy structural foam construction won't rust, dent, chip, or peel.
3. Molded-in storage compartments and cup holder are available for storage of small items and tools.
4. User friendly handles provide comfortable and easy maneuverability.
5. Integrated molded grooves for inserting steel tube or reel to organize metal coils or other scroll-like items.





- Sturdy structural foam construction won't rust, dent, chip, or peel.
- User friendly handles provide comfortable and easy maneuverability and help to reduce wrist and back strain.
- Flat top is designed for oversized item and also an intelligent workstation.

4045

| Model | Description | Dimensions | Load | Color | Caster Type | Pack |
|---|---|---|---|---|---|---|
| 4045 | Bitbar® 2-shelf Utility Cart Flat Shelf | 97.8 x 63.5 x 96.8 cm | 227 kg | BLA,BEIG | 12.5 cm TPR | 1 |

## Utility Trolleies

Product Features
1. Efficiently transports large bulky loads, and then folds flat for easy storage.
2. Sturdy structural foam deck won't rust, dent, chip, or peel.
3. Non-skid platform surface helps prevent load shifting.
4. Three-position handle lets users push, pull or fold flat for use as a dolly.
5. Casters are non marking.



4482

Three different positions of the handle, provide greater flexibility, and convenience store.

| Model | Description | Dimensions | Load | Color | Pack |
|---|---|---|---|---|---|
| 4481 | Utility Troller, Utility Duty with 7.5 cm Casters | 82.6 x 52.1 cm | 110 kg | BLA | 1 |
| 4482 | Utility Troller, Standard Duty with 12.5 cm Casters | 82.6 x 52.1 cm | 230 kg | BLA | 1 |

## Cup Rack's Carts

Product Features
1. Fit for carry cup racks.
2. Reduce working, and promote efficiency.
3. Plastic reticulation construction won't dent, chip, rust, sturdy and durable.
4. Non-marking swivel casters ensure easy maneuverability.
5. Concave design preserves water left by glasses.





4484    4485

| Model | Description | Dimensions | Load | Color | Pack |
|---|---|---|---|---|---|
| 4484 | Cup Rack's Carts | 54.0 x 54.0 x 20.0 cm | 160 kg | LGRAY | 1 |
| 4485 | Cup Rack's Carts with Handle | 59.0 x 54.0 x 94.0 cm | 160 kg | LGRAY | 1 |

## Catering Disks

Product Features
1. Add to strength and durability.
2. Bent handle adds to easy operation and strength.
3. Texturized surface prevent slippery.
4. Stackable for easy storage.





8241

| Model | Description | Dimensions | Color | Pack |
|---|---|---|---|---|
| 8241 | Catering Disk | 40.0 x 30.5 cm | BLA,STRAN | 12 |