BRIAN W. BOSCHEE, ESQ.
Nevada Bar No. 07612
bboschee@nevadafirm.com
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
jboyle@nevadafirm.com
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:  (702) 791-0308
Facsimile:  (702) 791-1912

STEVEN M. AUVIL*
steven.auvil@squiresanders.com
JOHN J. THUERMER*
john.thuermer@squiresanders.com
SQUIRE SANDERS (US) LLP
4900 Key Tower, 127 Public Square
Cleveland, Ohio 44114
Telephone:  (216) 479-8023
Facsimile:  (216) 479-8780

RACHAEL A. HARRIS*
rachael.harris@squiresanders.com
SQUIRE SANDERS (US) LLP
1200 19th Street, N.W., Suite 300
Washington, D.C. 20036
Telephone:  (202) 626-6206
Facsimile:  (216) 626-6780

*Admitted Pro Hac Vice

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RUBBERMAID COMMERCIAL PRODUCTS LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>TRUST COMMERCIAL PRODUCTS and TAIZHOU YINSHAN BRUSH CO., LTD<br><br>            Defendants. | CASE NO.:  2:13-cv-02144-GMN-GWF<br><br>~~[PROPOSED]~~ **ORDER GRANTING THE MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

- 1 -

The Court, having duly considered the Motion to Withdraw as Counsel of Record (Dkt. 81) (the "Motion") filed by counsel for Defendants Trust Commercial Products ("Trust") and TaiZhou YinShan Brush Co., Ltd. ("Yinshan") and Plaintiff Rubbermaid Commercial Products LLC's Response thereto, now **GRANTS** the Motion and **ORDERS** that:

1. Defendants must obtain new counsel and inform the Court that it has retained new counsel by April 7, 2014.

2. If Defendants obtain new counsel, Defendants are further **ORDERED** to:

    (a) comply by April 7, 2014 with the portion of the Court's February 19, 2014 Order (Dkt. 79) advising Defendants to produce all documents related to the design and development of the Accused Products and promotional materials;

    (b) provide the Accused Products for inspection at the law offices of Cotton, Driggs, Walch, Holley, Woloson & Thompson LLP, 400 S. Fourth Street, 3rd Floor, Las Vegas, Nevada 89101, by April 7, 2014; and

    (c) appear for depositions at Squire Sanders's Los Angeles office, located at 555 South Flower Street, 31st Floor, Los Angeles, California 90071, on or before April 11, 2014.

3. The failure to obtain new counsel by April 7, 2014 will result in the Court issuing an order to show cause why Defendants' Answer (Dkt. 29) should not be stricken and default entered.

**IT IS SO ORDERED.**

**DATED** this ___28th___ day of March, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge