# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUBBERMAID COMMERCIAL PRODUCTS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TRUST COMMERCIAL PRODUCTS and TAIZHOU YINSHAN BRUSH CO., LTD., <br><br> Defendants. | Case No. 2:13-cv-02144-GMN-GWF <br><br> **ORDER** |

It appearing to the Court that Defendants' former counsel did not include in its Motion to Withdraw (#81) the last known addresses of Defendants Trust Commercial Products and Taizhou Yinshan Brush Co., Ltd.  Accordingly,

**IT IS ORDERED** Defendants' former counsel are required to file with the Court a statement containing the Defendants' last known addresses no later than **May 9, 2014**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail this Order to Defendants' former counsel:

**Kristen T. Gallagher**

McDonald Carano Wilson LLP
2300 W Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DATED this 2nd day of May, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge