AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Rubbermaid Commercial Products LLC

                Plaintiff,

V.

Trust Commercial Products, et al.,

                Defendants,

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Case Number: 2:13-cv-02144-GMN-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff Rubbermaid Commercial Products LLC is awarded its reasonable attorneys' fees and costs from the Defendants in the amount of $272,523.76.

August 22, 2014                                                  /s/ Lance S. Wilson

Date                                                                        Clerk

                                                                           /s/ Shelly Denson

                                                                           (By) Deputy Clerk